NOVEMBER 26, 2012

No. 11–438. LIBERTY UNIVERSITY ET AL. *v.* GEITHNER, SECRETARY OF THE TREASURY, ET AL. C. A. 4th Cir. Petition for rehearing granted. Order entered June 29, 2012 [567 U. S. 951], denying petition for writ of certiorari vacated. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *National Federation of Independent Business* v. *Sebelius,* 567 U. S. 519 (2012).

No. 12–6687. DEANE *v.* UNITED STATES. C. A. 4th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Dorsey* v. *United States,* 567 U. S. 260 (2012).

No. 12–6292. SANDERS *v.* DETROIT POLICE DEPARTMENT ET AL. C. A. 6th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1. See *Martin* v. *District of Columbia Court of Appeals,* 506 U. S. 1 (1992) *(per curiam).*

No. 12–6412. MARIAN *v.* SOCORRO ELECTRIC COOPERATIVE OF NEW MEXICO ET AL. C. A. 10th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1. See *Martin* v. *District of Columbia Court of Appeals,* 506 U. S. 1 (1992) *(per curiam).*